**Claribel Rubottom, appellant, v. Crane Company, appellee. Gen. No. 39,319.**

Opinion filed May 4, 1937. Rehearing denied May 18, 1937.

Krohn & MacDonald, for appellant. Alden, Latham & Young, for appellee; Carl R. Latham and Norman A. Korfist, of counsel.

Mr. Justice Friend delivered the opinion of the court.